AO 441   Summons in a Civil Action

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anton Ewing

*Plaintiff*

V.

Steady Capital, LLC, a New York limited liability company

*Defendant*

**FILED**
Feb 17 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ anthonyh   DEPUTY

Civil Action No.   21cv009-CAB-BGS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Steady Capital, LLC, a New York limited liability company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anton Ewing
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   1/13/21

John Morrill
*CLERK OF COURT*

S/   S. Dunbar
*Signature of Clerk or Deputy Clerk*

AO 441  Summons in a Civil Action  (Page 2)

Civil Action No. 21cv009-CAB-BGS        Date Issued: 1/13/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Steady Capital, LLC, a NY LLC was received by me on *(date)* 2/8/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: See attached

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 2/8/2021

Jocelyn Segura
Server's Signature

Jocelyn Segura, CA Reg. Process Serv
Printed name and title #3237

3077 Clairemont Dr. #372, San Diego, CA 92117
Server's address

---

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>Anton Ewing <anton@antonewing.com><br>3077 Clairemont Drive #372<br>San Diego, CA 92117<br>  TELEPHONE NO.: 619-119-9640   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>  ATTORNEY FOR *(Name)*: ANTON EWING | FOR COURT USE ONLY |
|---|---|
| United States District Court, Southern District of California<br>  STREET ADDRESS: ~~~~~ Broadway<br>  MAILING ADDRESS: ~~~~~ Broadway<br>  CITY AND ZIP CODE: San Diego 92101<br>  BRANCH NAME: ~~~~~ U.S. Courthouse | |
| PLAINTIFF/PETITIONER: ANTON EWING | CASE NUMBER:<br>**21CV009-CAB-BGS** |
| DEFENDANT/RESPONDENT: STEADY CAPITAL, LLC, A NEW YORK LIABILITY COMPANY | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**REF-7250326** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**

3. a. Party served *(specify name of party as shown on documents served)*:
      **STEADY CAPITAL, LLC, A NEW YORK LIABILITY COMPANY**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
      **REGISTERED AGENT**

4. Address where the party was served:
   **PREMIER CORPORATE SERVICES AKA ATYG, 90 STATE STREET, SUITE 700 BOX 10, ALBANY, NY 12207**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **02/04/2021** at *(time)*: **12:32 PM**

   b. [ ] **by substituted service.** On *(date)*:            at *(time)*:            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:         from *(city)*:            or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

BY FAX


REF: REF-7250326

Form Adopted for Mandatory Use
Judicial Council of California POS-
010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Page 1 of 2
Code of Civil Procedure. § 417.10
Tracking #: **0064558029**

| PLAINTIFF/PETITIONER: ANTON EWING | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: STEADY CAPITAL, LLC, A NEW YORK LIABILITY COMPANY | 21CV009-CAB-BGS |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of *(specify):*

  c. ☐ as occupant.

  d. ☒ On behalf of *(specify)* **STEADY CAPITAL, LLC, A NEW YORK LIABILITY COMPANY c/o REGISTERED AGENT**

    under the following Code of Civil Procedure section:

    ☒ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
        ☐ other:

7. **Person who served papers**

  a. Name: **Francisco Cruz**
  b. Address: **12 Crestwood CT, Albany, NY 12208**
  c. Telephone number: **1-518-488-2651**
  d. The fee for service was: **$75.00**
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.   For:
      (ii) ☐ Registration No.:   Registration #:
      (iii) ☐ County:   County:

BY FAX

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 02/04/2021

**Francisco Cruz**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-010 [Rev. January 1, 2007]     **PROOF OF SERVICE OF SUMMONS**     Page 2 of 2

REF: REF-7250326     Tracking #: **0064558029**