UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STEADY CAPITAL, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 21-CV-0009-CAB-BGS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 55.1, "[i]f plaintiff(s) fail(s) to move for default judgment within thirty (30) days of the entry of a default, the clerk will prepare, with notice, an order to show cause why the complaint against the defaulted party should not be dismissed." Here, the clerk entered default against the sole defendant on March 12, 2021, which is more than four months ago, and Plaintiff has yet to move for default judgment. Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE** writing, on or before **July 20, 2021**, as to why this case should not be dismissed. The response should explain why good cause excuses Plaintiff's excessive delay and attach a draft motion for default judgment that is ready to be filed if the Court finds that good cause excuses Plaintiff's delay. Failure to respond to this order or failure to demonstrate good cause for why Plaintiff allowed four months to pass without filing a motion for default judgment will result in dismissal.

　　It is **SO ORDERED**.

Dated: July 13, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge