Anton Ewing (not an attorney)
3077 B Clairemont Drive #372
San Diego, CA 92117
619-719-9640

Plaintiff In Pro Per

FILED
JUL 23 2021
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES FEDERAL DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Steady Capital, LLC, a New York limited liability company<br><br>Defendant. | Civil Case No. 3:21-cv-0009 CAB BGS<br><br>[*The Honorable District Judge Bencivengo*]<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF**<br><br>**Courtroom: 15A**<br>**Hearing Date: NA**<br>**Time: NA** |

Please take notice that Plaintiff Anton Ewing dismisses the complaint against Defendant Steady Capital, LLC, a New York limited liability company without prejudice. The time and effort it would require to file a motion for default judgement is simply not worth it. The system is broken and the laws needs to be changed.

Dated: July 22, 2021

Anton Ewing
/S/ Anton Ewing
Anton Ewing, Plaintiff

PLAINTIFF'S NOTICE OF DISMISSAL - 1

21CV0009

## PROOF OF SERVICE

I, Anton Ewing, am over 18, a pro per plaintiff in this matter.  I have filed this notice of dismissal without prejudice and had it served on Defendant as follows:

**3:21-cv-00009 CAB BGS Notice has been electronically mailed to:**

I have also emailed a copy of this document to Defendant directly at the email address he uses to communicate with me at:

Additionally I mailed this pleading, first class postage prepaid, to:

Steady Capital, LLC
90 State Street, Suite 700, box 10,
Albany, NY 12207

All ECF users in this case have been served with a true and accurate copy via email.

I swear under penalty of perjury that the above was served as stated.
Dated: July 22, 2021

/S/ Anton Ewing
Anton Ewing